UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE L BRIGGS,

      Plaintiff,

    v.

MANAGER OF 6TH STREET TOWN HOUSES,

      Defendant.

Case No. 25-cv-04112-EMC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On May 13, 2025, Plaintiff Ronnie Lynn Briggs filed a *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court screened his complaint and dismissed it with leave to amend. ECF No. 3. On November 12, 2025, the Court's correspondence containing the order was returned as undeliverable. ECF No. 4. More than 60 days have passed, and Briggs has not updated his address or otherwise communicated with the Court regarding this matter in violation of Civil Local Rule 3-11. Accordingly, the matter is **DISMISSED WITHOUT PREJUDICE**. *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address). Any motion to reopen this matter must be accompanied by a change of address form and an amended complaint. The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: January 22, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California